# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-cv-08504-PAC                                                                 Purchased/Filed: September 19, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

*JAVIER MADRIGAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*    Plaintiff

against

*YOGI KRUPA 594 INC. (D/B/A LALU DELI GROCERY) ET AL*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   September 21, 2018  , at   11:45am  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

LALU GROCERY 594 INC. DBA LALU DELI GROCERY    , the

Defendant in this action, by delivering to and leaving with   Sue Zouky  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,   2   true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service was made pursuant to Section   306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:  55-60   Approx. Wt:  125lbs   Approx. Ht:  5'1
Color of skin:  White   Hair color:  Red/Blonde   Sex:  Female   Other: _____

Sworn to before me on this
  21st   day of          September, 2018

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # SP1813552

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179