## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-cv-08504-PAC                                                  Purchased/Filed: September 19, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                      SOUTHERN DISTRICT

*JAVIER MADRIGAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*   Plaintiff

against

*YOGI KRUPA 594 INC. (D/B/A LALU DELI GROCERY) ET AL*                       Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ September 21, 2018 _____, at _____ 11:45am _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

_____ LALU GROCERY 594 NY INC. DBA LALU DELI GROCERY _____, the Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _____ 2 _____ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service was made pursuant to Section _____ 306 Business Corporation Law _____ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: _55-60_    Approx. Wt: _125lbs_    Approx. Ht: _5'1_
Color of skin: _White_    Hair color: _Red/Blonde_    Sex: _Female_    Other: _____

Sworn to before me on this
_21st_ day of _____ September, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # SP1813550

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*