## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-cv-08504-PAC                                      Purchased/Filed: September 19, 2018

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*JAVIER MADRIGAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*    Plaintiff

against

*YOGI KRUPA 594 INC. (D/B/A LALU DELI GROCERY) ET AL*    Defendant

---

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 21, 2018_____, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

_____YOGI KRUPA 594 INC. D/B/A LALU DELI GROCERY_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___55-60___   Approx. Wt: ___125lbs___   Approx. Ht: ___5'1___
Color of skin: ___White___   Hair color: ___Red/Blonde___   Sex: ___Female___   Other: _____

Sworn to before me on this
___21st___ day of _____September, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # SP1813546

*Servico, Inc. - PO Box 871 - Albany, New York 12201 - Ph 518-463-4179*