UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER MADRIGAL, *individually and on behalf of others similarly situated,*<br><br>                              *Plaintiff*,<br><br>-against-<br><br>YOGI KRUPA 594 INC.  (D/B/A LALU DELI GROCERY), LALU GROCERY 594 NY INC. (D/B/A LALU DELI GROCERY), LALU GROCERY 594 INC.  (D/B/A LALU DELI GROCERY), BHARATKUMAR PATEL, SHETAL M PATEL, TEJAS B PATEL, NIRAV (A.K.A. NICK) PATEL, GUNVANT PATEL, BRIJESH PATEL, MD S ISLAM, and KALPESH PATEL,<br><br>                              *Defendants*. | **Case No. 18-cv-08504-MKV**<br><br>**[Proposed Form Of] JUDGMENT** |

## JUDGMENT

On July 27, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JAVIER MADRIGAL have judgment against Defendants YOGI KRUPA 594 INC.  (D/B/A LALU DELI GROCERY), LALU GROCERY 594 NY INC.  (D/B/A LALU DELI GROCERY), LALU GROCERY 594 INC.  (D/B/A LALU DELI GROCERY), BHARATKUMAR PATEL, SHETAL M PATEL, TEJAS B PATEL, NIRAV (A.K.A. NICK) PATEL, GUNVANT PATEL, BRIJESH PATEL, and KALPESH PATELLEX (collectively "Defendants"), jointly and severally, in the amount of $50,000 (Fifty Thousand Dollars) which is inclusive of attorneys' fees and costs.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Complaint pertaining to this Action, including any reasonable attorneys' fees and costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever.

Dated: _____, 2020

_____
**HON. MARY KAY VYSKOCIL**